# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COZEN O'CONNOR**, a professional corporation | : : : | CIVIL ACTION |
| v. | : : | NO. 05-4332 |
| **UNITED STATES DEPARTMENT OF TREASURY** | : : | |

## ORDER

**AND NOW**, this 2nd day of December, 2008, upon consideration of the Defendant's Motion to Renew Summary Judgment (Document No. 76) and the Order of August 7, 2008, the motion is **GRANTED**, and **JUDGMENT** is entered in favor of the defendant United States Department of the Treasury and against the plaintiff Cozen O'Connor.

**IT IS FURTHER ORDERED** that Cozen O'Connor shall pay the United States Department of the Treasury the outstanding balance of $76,112.62 for the processing of Cozen O'Connor's Freedom of Information Act request.

                                                  /s Timothy J. Savage
                                                  TIMOTHY J. SAVAGE,  J.